ORIGINAL

✓ M

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

JUN 1 8 2008

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELEYAS ABDELA, individually and on behalf of similarly situated individuals, | § § § | |
| Plaintiff | § | Civil No. **3-08 CV 1024 - M** |
| -v- | § | |
| PARKING COMPANY OF AMERICA – DALLAS, INC., | § § | COLLECTIVE ACTION |
| Defendant | § | 22833 |

PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Now comes Eleyas Abdela and files this Plaintiffs' Original Complaint – Collective Action because he and other Parking Lot Attendants worked in excess of forty hours per workweek but were not paid overtime at one and one-half times their regular rate of pay. Abdela brings suit on behalf of himself and those similarly situated.

I.
JURISDICTION

1.     This Court has original jurisdiction to hear this complaint and to adjudicate the claims stated herein under 28 U.S.C. § 1331, this action being brought under the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA").

II.
PARTIES

2.     Defendant Parking Company of America – Dallas, Inc. (PCA) is a corporation doing business in the State of Texas.  PCA is headquartered in Dallas, Texas.  PCA is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d).

3.     Plaintiff brings this action on behalf of himself and other similarly situated employees pursuant to 29 U.S.C. § 216(b).  (See consent form attached as Exhibit A.)  Plaintiff and the similarly situated employees are individuals who were, or are, employed by Defendant as Parking Lot Attendants.

III.
COLLECTIVE ACTION FACTUAL ALLEGATIONS

4.     At all times hereinafter mentioned, Defendant has been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. §203(d).

5.     At all times hereinafter mentioned, Defendant has been enterprises within the meaning of Section 3(r) of the FLSA, 29 U.S.C. §203(r).

6.     At all times hereinafter mentioned, Defendant has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. §203(s)(1), in that said enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprises have had and have an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

7.     At all times hereinafter mentioned, Plaintiffs have been employees engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§206-207.

8.     During the statutory period, Plaintiff and the similarly situated employees routinely worked as Parking Lot Attendants in excess of forty (40) hours per week without overtime compensation.

9.      The class sought to be certified is all Parking Lot Attendants who performed work for Defendant in excess of forty (40) hours per week without overtime compensation.

10.      Parking Lot Attendants were not paid one and one-half times their hourly rate of pay for hours worked over forty in a workweek.

11.      These practices violate the provisions of the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq., specifically § 207(a)(1).  As a result of these unlawful practices, Plaintiff and the similarly situated employees suffered a loss of wages.

12.      Defendant showed reckless disregard for the fact that its failure to pay their Parking Lot Attendants overtime compensation and minimum wages was in violation of these laws.  Defendant's actions in violating the FLSA were willful.  Defendant failed to act in good faith to comply with the FLSA.

13.      In violating the law, Defendant gained an unfair competitive advantage by paying less in labor costs than what was legally owed.

14.      All conditions precedent to the bringing of this suit have been satisfied or fulfilled.

IV.
JURY DEMAND

15.      Plaintiff, individually and on behalf of the putative class, exercises his right to a jury.

V.
PRAYER FOR RELIEF

WHEREFORE, Plaintiff and all employees similarly situated who join in this action demand:

---

1.   Issuance of notice as soon as possible to all Parking Lot Attendants who were employed by Defendant during any portion of the three years immediately preceding the filing of this action. Generally, this notice should inform them that this action has been filed, describe the nature of the action, and explain their right to opt into this lawsuit if they were not paid minimum wage for hours worked as agents during any portion of the statutory period or if they worked hours in excess of forty (40) in any week during the statutory period, but were not paid overtime compensation;

2.   Judgment against Defendant for an amount equal to Plaintiff and the class' unpaid back wages at the applicable overtime rate;

3.   Judgment against Defendant that its violations of the FLSA were willful;

4.   An equal amount to the overtime and minimum wage damages as liquidated damages;

5.   To the extent that liquidated damages are not awarded, an award of prejudgment interest;

6.   All costs and attorney's fees incurred prosecuting these claims;

7.   Leave to add additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court;

8.   Leave to amend to add claims under applicable state laws; and

9.   For such further relief as the Court deems just and equitable.

Respectfully submitted,
ROB WILEY, P.C.

Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*Texas Board of Legal Specialization*
Turtle Creek Tower 310
3131 Turtle Creek Boulevard
Dallas, Texas  75219
Telephone: (214) 528-6500
Facsimile:  (214) 528-6511
Attorney for Plaintiff

## PARKING COMPANY OF AMERICA AND RELATED PARTIES
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Parking Company of America and related parties as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  During the past three years, there were occasions when I worked over 40 hours per week for Parking Company of America as an employee where I did not receive overtime compensation and/or did not receive the minimum wage.

_____
Signature

ELEYAS M. Abdela
_____
Print Name

_____
Date

05-01-08

REDACTED

Fax to:
Law Office of Rob Wiley, P.C.
Attn:  Aaron Parrish
Facsimile:  (214) 528-6511

Or Mail to:
Law Office of Rob Wiley, P.C.
3131 Turtle Creek Blvd. Ste. 310
Dallas, TX 75219
Telephone:  (214) 528-6500

ORIGINAL

%JS 44 (Rev. ...)

# CIVIL COVER SHEET

3-08 CV-1024-M

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ELEYAS ABDELA

**DEFENDANTS**
PARKING COMPANY OF AMERICA – DALLAS, INC.

RECEIVED
JUN 18 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff __Dallas__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert J. Wiley, Law Office of Rob Wiley,P.C., 3131 Turtle Creek Blvd., Ste. 310, Dallas, Texas 75219, (214) 528-6500

Attorneys (If Known)
Mark How, 2027 Young St., Dallas, Texas 75201-5721
(214) 720-2220

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN  (Place an "X" in One Box Only)

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. § 201 et seq.
Brief description of cause:
Violations of the FLSA

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE
06/18/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____